**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

WELLS PHARMACY NETWORK, LLC,

      Plaintiff,

v.                                                                        Case No. 5:16-cv-319-Orl-37PRL

REGULATORY COMPLIANCE
ASSOCIATES, INC.,

      Defendant.

**ORDER**

This cause is before the Court on its own motion. On April 29, 2016, Plaintiff—Wells Pharmacy Network, LLC ("**Plaintiff LLC**")—initiated this breach-of-contract action against Defendant in state court. (Doc. 2.) Defendant timely removed the action to this Court on May 9, 2016, on the basis of diversity jurisdiction. (Doc. 1.) Upon review, the Court finds that the Notice of Removal ("**Notice**") contains insufficient allegations of subject matter jurisdiction.

Removal jurisdiction exists where the district court of the United States would have had original jurisdiction over an action filed in state court. 28 U.S.C. § 1441(a). In diversity cases, district courts have original jurisdiction over cases in which the parties are completely diverse and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a). "To meet the jurisdictional requirements of § 1332(a), the citizenship of *each* plaintiff must be different from that of *each* defendant." *Holston Invs., Inc. B.V.I. v. LanLogistics Corp.*, 677 F.3d 1068, 1070 (11th Cir. 2012) (emphasis added).

As its name suggests, Plaintiff LLC is a limited liability company. (Doc. 2, ¶ 1.) For purposes of diversity jurisdiction, the citizenship of an "unincorporated entity generally

depends on the citizenship of all the members composing the organization." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990)). Thus, an LLC is a citizen of any state where one or more of its members is a citizen. *See id*. Defendant's general, conclusory allegation that "all of [Plaintiff LLC's] members are Florida *residents*" is insufficient. (Doc. 1, ¶ 6 (emphasis added).) Defendant must identify each member of Plaintiff LLC and allege the citizenship—not residency—of each member individually. *See Taylor v. Appleton*, 30 F.3d 1365, 1367 (11th Cir. 1994) ("Citizenship, not residence, is the key fact that must be alleged in the complaint to establish diversity[.]")

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before Wednesday, **May 18, 2016**, Defendant may file an amended notice of removal consistent with the strictures in this Order. Failure to file may result in this action being remanded without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 11, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record